UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:     KIMBERLY K. WHITTINGTON                    CASE NO. 08-11610

DEBTOR                                                CHAPTER 13

CONSENT ORDER

Considering the motion of U.S. Bank, N.A., as successor by merger to The Leader Mortgage Company ("U.S. Bank, N.A.") (P-37) for relief from stay, the debtor's response thereto, the agreement between the parties and applicable law,

IT IS ORDERED that the stay be modified by the terms of this Order with the post-petition delinquency being five (5) post-petition payments of $590.37 each due for December 1, 2009 to April 1, 2010, eight (8) post-petition payments of $671.89 each due for May 1, 2010 to October 1, 2010, seven (7) late charges of $23.61 each due for October 1, 2009 to April 1, 2010, attorney's fee of $350.00 and court cost of $150.00, less $1,516.89 in suspense, for a total delinquency of $6,131.57.

IT IS FURTHER ORDERED that Debtor shall pay the sum of $3,600.00 within fifteen (15) days from the entry of this Order thereby reducing the post-delinquency to $2,531.57. If U.S. Bank, N.A. does not receive $3,600.00 within the fifteen (15) days, then said event will constitute a default of this Order, and U.S. Bank, N.A. shall provide Debtor and Debtor's counsel with notice of default and ten (10) days right to cure. Should the default not be cured within the ten (10) days, the Court shall lift the stay upon the filing of a motion for relief accompanied by an affidavit of default executed by a representative of U.S. Bank, N.A. and noticed to Debtor and Debtor's counsel.

IT IS FURTHER ORDERED that the Debtor shall file a plan modification within fifteen (15) days from the entry of this Order to cure the remaining post-petition delinquency of $2,531.57 through the Trustee office over the remaining term of the plan.  Should Debtor fail to modify her plan within fifteen (15) days from the entry of this Order to cure the post-petition delinquency, the Court shall lift the stay upon the filing of a motion for relief accompanied by an affidavit of default executed by a representative of U.S. Bank, N.A. and noticed to Debtor and Debtor's counsel.

IT IS FURTHER ORDERED that Debtor shall pay the ongoing post-petition payments timely as they come due directly to U.S. Bank, N.A. commencing with the November 1, 2010 payment.  Should U.S. Bank, N.A. not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment then said event will constitute a default of this Order, and U.S. Bank, N.A. shall provide Debtor and Debtor's counsel with notice of default and ten (10) days right to cure.  Should the default not be cured within the ten (10) days, the Court shall lift the stay upon the filing of a motion for relief accompanied by an affidavit of default executed by a representative of U.S. Bank, N.A. and noticed to Debtor and Debtor's counsel.

Baton Rouge, Louisiana, November 3, 2010.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
/s/ Cris R. Jackson
Cris R. Jackson (No. 20876)
JACKSON & McPHERSON, L.L.C.
1010 Common Street, Suite 1800
New Orleans, Louisiana 70112
504-581-9444

READ and AGREED:
/s/ Rena L. Hester
Rena L. Hester (No.22426)
Attorney for Debtor
P.O. Box 74240
Baton Rouge, LA 70874-4240
225-774-2637